IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS A. RIVERA CRESPO,

    Plaintiff

v.    CIVIL NO. 98-1396(JP)

ZOE LABOY-ALVARADO,

    Defendants

ENTERED ON DOCKET 9/14/99 PURSUANT TO FRCP RULES 58 & 79a

RECEIVED & FILED 1999 SEP 14 CLERK'S OFFICE U.S. DISTRICT COURT

### JUDGMENT

Plaintiff in the instant action was ordered to file his prisoner account statement for assessment of an initial partial filing fee on or before December 16, 1998 and that failure to do so could result in the dismissal of this action. (docket no. 12) Because Plaintiff has kept filing motions in blatant disregard of the Court's orders, the Court hereby **DISMISSES** his Complaint.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, on this 13th day of September, 1999.

by: _/s/_
JAIME PIERAS, JR.
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)