UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 NOV -3 AM 10: 03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

LUIS A. RIVERA CRESPO,
    Plaintiff

vs.

ZOE LABOY-ALVARADO, et al.
    Defendants

CIVIL NO. 98-1396 (JP)

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** September 29, 1999<br>**Docket #** 18<br>[X] **Plffs**   [] **Defts**   [] **Other**<br><br>**Title:** Moción de Ausilio [sic] de Jurisdición [sic] y Solicitud de Remedio de Evidencia | As judgment was entered on September 13, 1999 dismissing the Complaint in this action for failure to file a prisoner account statement, the Court will not address the instant motion. Should Plaintiff wish to ask the Court to reconsider the judgment, he may do so. However, Plaintiff will still have to pay a filing fee of $150.00 or submit a statement of all his assets and a certified copy of his prisoner trust account statement for the past six months from the appropriate official at the corrections institution. In the event that Plaintiff did not understand the Court's previous orders and judgment because they were issued in the English language, this Order **SHALL** be translated into the Spanish language and certified by the Court translator, and the certified translation **SHALL** be served on Plaintiff together with the Order. |

Date: 11/1/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:     EOD:

By:     #19

s/c to Hilda (interpreter)
Rivera

TRADUCCION CERTIFICADA:

## TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
## DISTRITO DE PUERTO RICO

LUIS A. RIVERA CRESPO
    Demandante

vs.                                                                                    Civil Núm. 98-1396(JP)

ZOE LABOY-ALVARADO, et al.                              Sello de Radicación
    Demandados                                            1999 NOV 3   10:03AM

Moción de Ausilio[sic] de Jurisdición[sic] y Solicitud de Remedio de Evidencia radicada por el demandante el 29 de septiembre de 1999 y a la cual se le ha asignado el docket #18.

### ORDEN

Habiéndose dictado sentencia el día 13 de septiembre de 1999 desestimando la demanda en este caso por no haberse radicado un estado de fondo de cuenta de prisionero, el Tribunal no considerará esta moción. Si el demandante desea solicitar una reconsideración al Tribunal, puede proceder a hacerlo. Sin embargo, el demandante deberá pagar una cuota de radicación de $150.00, o someter una declaración de todos sus bienes y una copia certificada del estado de su cuenta en prisión correspondiente a los pasados seis meses, la cual obtendrá del oficial correspondiente en la institución de Corrección. En caso de que el demandante no hubiere entendido las órdenes previas y la sentencia del Tribunal debido a que las mismas fueron redactadas en el idioma inglés, esta orden deberá traducirse al idioma español y la misma deberá ser certificada por un traductor de este Tribunal. Dicha traducción certificada deberá notificarse al demandante junto con la Orden.

                                                                 Fdo. JAIME PIERAS, JR.

Fecha: 11/1/99                                                                  Juez Federal de Distrito

                                                                CERTIFICO que la traducción que antecede
                                                                es una traducción fiel y exacta de su original.

                                                                             Intérprete Certificada